**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  06-330 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **PATRICK YANSANE** | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

   The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Perham Gorji at telephone number 202-353-8822 and/or email address

Perham.Gorji.@usdoj.gov  Perham Gorji  will substitute for Assistant United States Attorney

Aaron Mendelsohn as counsel for the United States.

      Respectfully submitted,

      JEFFREY A. TAYLOR
      United States Attorney


      _____

      Perham Gorji
      Assistant United States Attorney
      Federal Major Crimes,
      Delaware Bar No. 3737
      555 4th Street, NW,  Room 4233
      Washington, DC 20530
      202-353-8822