UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-330 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **PATRICK YANSANE** | : | |
| | : | |
| **Defendant** | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Aaron Mendelsohn, telephone number (202) 514-9519 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Aaron Medelsohn
Assistant United States Attorney
Federal Major Crimes, Bar No. 460-570
555 4th Street, NW   Room 4239
Washington, DC 20530
(202) 514-9519