# WARRANT FOR ARREST

(Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PATRICK M. YANSANE<br><br>DOB:           PDID# | DOCKET NO. 06-330     MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |

**WARRANT ISSUED ON THE BASIS OF:**
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

**DISTRICT OF ARREST**

**FILED**
OCT - 5 2007

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

**CITY**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

FAILURE TO APPEAR FOR A COURT HEARING.

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 21 USC 841(a))1) AND (b)(1)(A)(iii)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE. |
|---|---|
| HWOB | |

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE<br>RICHARD J. LEON | DATE ISSUED:<br>4/11/07 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*Wayne H. Buswell* (signature) | DATE:<br>4/11/07 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>REPORTING | SIGNATURE OF ARRESTING OFFICER<br>REPORTING |
|---|---|---|
| DATE EXECUTED<br>10/5/07 | ANTHONY SANTOCO / USM | *Anthony Santoco* (signature) |