# UNDER SEAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff, )<br>    v. )<br>          )<br>PATRICK YANSANE )<br>          )<br>          Defendant. )<br>          ) | Crim No. 06-330 (RJL) |

**MOTION TO CONTINUE SENTENCING**

**FILED**
FEB - 4 2008
Clerk, U.S. District and
Bankruptcy Courts

Defendant, Patrick Yansane, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case. As grounds for this motion, counsel states:

1. The Defendant's sentencing date is presently set for Friday, February 8, 2008.

2. Counsel for the Defendant, however, will be out of the jurisdiction on the 8th and returning on Tuesday, February 12th. Counsel therefore requests a brief continuance of the sentencing in this case.

3. This is the Defendant's first continuance request.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, ext. 118

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Jean Sexton, this 4th day of February, 2008.

David W. Bos