UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>    v. )<br>         )<br>PATRICK YANSANE )<br>        Defendant. ) | Crim No. 06-330 (RJL)<br><br>FILED<br>FEB -5 2008 MLP<br>Clerk, U.S. District and<br>Bankruptcy Courts |

**ORDER**

Upon consideration of defendant's motion to continue the presently scheduled sentencing, it is this 4th day of February, 2008,

**ORDERED** that sentencing scheduled for February 8, 2008, be rescheduled to 2/15, 2008, at 3:00 p.m.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Jean Sexton
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001